

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Osprin II, LLC, Appellant

No. 06-21-00085-CV          v.

TX 1111 Rusk GP LLC, Leon J. Backes,
Rusk Investor, LLC, and Stonehenge
Capital Company, LLC, Appellees

Appeal from the 295th District Court of
Harris County, Texas (Tr. Ct. No. 2018-
25871). Memorandum Opinion delivered
by Justice Stevens, Chief Justice Morriss
and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Osprin II, LLC, pay all costs incurred by reason of this appeal.

RENDERED JULY 8, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk